IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD VANCE<br>13409 Reid Circle<br>Ft. Washington, MD 20744<br><br>        Plaintiff,<br><br>        v.<br><br>DIRK KEMPTHORNE, SECRETARY<br>DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, DC 20240<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08- 1283 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Laurie Weinstein, Assistant United States Attorney, for the Defendant, Dirk Kempthorne, Secretary of the United States Department of the Interior.

Contact information is as listed below:

                                _____/s/_____
                                LAURIE WEINSTEIN, D.C. Bar # 389511
                                Assistant United States Attorney
                                Room E4820
                                555 4th Street, NW
                                Washington, DC 20530
                                (202) 514-7133
                                Laurie.Weinstein2@usdoj.gov