UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
REGINALD VANCE,                                     )
                                                    )
              Plaintiff,                            )
                                                    )
       v.                                           )        Civil Action No. 08-1283 (PLF)
                                                    )
DIRK KEMPTHORNE,                                    )
       SECRETARY OF THE INTERIOR,                   )
                                                    )
              Defendant.                            )
_____)

ORDER

       This matter was set for argument this afternoon on plaintiff's combined motion for a

temporary restraining order and preliminary injunction.  The Court carefully considered the motion,

defendant's opposition, plaintiff's reply, and all of the exhibits.  The Court treated plaintiff's motion

as a motion for a preliminary injunction.  For the reasons stated in open court on July 30, 2008, it is

hereby

       ORDERED that plaintiff's [2] combined motion for a temporary restraining order and

a preliminary injunction is DENIED for failure to satisfy the tests for issuance of a preliminary

injunction.  This is an appealable order.  See FED. R. APP. P. 4(a); 28 U.S.C. § 1292(a)(1).

       SO ORDERED.


                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE:  July 30, 2008